MR. Oliver K. Hughes #1929481
12071 F.M. 3522 (4.0.-31.T.)
"French Robertson Unit (T.D.C.J.)
Abilene, Tx. 79601

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 29 2015

CHRISTOPHER A. PRINE
CLERK _____

MR. Christopher A. Prine (H.C.)
Court of Appeals 1st. District
Houston, Tx. 77002-2066

Date: 9-24-15

Re: "COA No. # 01-14-00173-CR", T.Ct.No. #1348898"

Greetings Sir,

My name is MR. Oliver K. Hughes. The reason I'm sending this correspondance is in care of the above (1dom) mentioned case. I need you to send me a copy of the "Court of Appeals in Houston denying my direct Appeal" Opinion. As a pratical matter, the (I)nmate Law Library at "Robertson Unit" doesn't make copy's of anything for incarcerated inmate(s). So thus lies the problem. The copy (of the opinion) is so that I can complete the Appendix for a "Writ of Certiorari: to the Supreme Court of the United States". Out of the Abundance of caution, feel free to contact MR. Robert Baker at the "Robertson Unit" Law Library. The phone No. # is (325) 548-9035. Thank you in advance.

Sincerly
MR. Oliver K. Hughes

Mr. Oliver B. Hughes #1994487 (4D-31.T)
1201 F.M. 3522
"Robertson Unit"
Abilene, Texas 7960

ABILENE TX 795

25 SEP 2015 PM 2 T

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 29 2015

CHRISTOPHER A. PRINE
CLERK

LEGAL MAIL

Mr. Christopher A. Prine (Head Clerk)
Court of Appeals First District
Houston, Tx. 7709-2066

**MAIL RECEIVED**

77002*2066

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||